IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FRANCES NICOLE SPRAYBERRY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CASE NO. 3:17-CV-762-WKW |
| RALPH CAMPANIO, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the parties' Joint Motion for Dismissal with Prejudice (Doc. # 29), it is ORDERED that the motion (Doc. # 22) is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, Plaintiff's action against Defendant is DISMISSED with prejudice, with costs taxed as paid.

The Clerk of the Court is DIRECTED to close this case.

DONE this 4th day of September, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE